# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| PATH VIBE LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, and UNINCORPORATED ASSOCIATES IDENTIFIED ON SCHEDULE "A,"<br><br>　　　　Defendant. | **Case No.: 1:25-cv-01843**<br><br>**Judge Alan D. Albright**<br><br>**Magistrate Judge Mark Lane**<br><br>**JURY TRIAL DEMAND** |

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), the undersigned counsel for Plaintiff Path Vibe LLC ("Plaintiff") hereby notifies this Court that the Plaintiff voluntarily dismisses with prejudice any and all claims against the following defendant(s):

| Def. No. | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| 8 | zjchao | Amazon | A388EF2JRGUUQ3 |
| 19 | RAREWAVES-IMPORTS | Amazon | A30I8KTV4DUTWQ |

1

DATED:  March 31, 2026                         Respectfully submitted,


                                               /s/ Sameeul Haque_____
                                               Sameeul Haque (Admitted, Pro Hac Vice)
                                               samee@h3lp.law
                                               Haque III Legal Practice, LLC
                                               205 N. Michigan Ave., Ste. 810
                                               Chicago, IL 60601
                                               T: 847.401.6113
                                               Allen Justin Poplin, #21598
                                               AVEK IP, LLC
                                               7285 W. 132nd Street, Suite 340
                                               Overland Park, KS 66213
                                               Phone: 913-303-3841
                                               jpoplin@avekip.com

                                               *Counsel for Plaintiff,*
                                               *Path Vibe LLC*

2