**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**

PATH VIBE LLC,

      Plaintiff,

      v.

THE INDIVIDUALS, CORPORATIONS,
LIMITED LIABILITY COMPANIES,
PARTNERSHIPS, and
UNINCORPORATED ASSOCIATES
IDENTIFIED ON SCHEDULE "A,"

      Defendant.

**Case No.: 1:25-cv-01843**

**Judge Alan D. Albright**

**Magistrate Judge Mark Lane**

**JURY TRIAL DEMAND**

## CLERK'S ENTRY OF DEFAULT

The Clerk of the Court, having considered Plaintiff's request for Entry of Default and the accompanying Declaration of Sameeul Haque in support thereof, along with all other papers on file in this action, hereby enters the default of the defendants identified in the chart below, in this action for failure to defend, as provided by Rule 55(a) of the Federal Rules of Civil Procedure and the Local Rules for the Western District of Texas.

| Def. No. | Seller Alias | Seller ID | Product ID |
|---|---|---|---|
| 1 | PafoloDirect | A123AJ2P79GVKS | B0DLP36D57 |
| 2 | joyrapt | A32UNRE515JTD1 | B0D4TMTM57 |
| | | | B0D4THGC58 |
| | | | B0D4TG7J7B |
| 3 | DanBlueprint | A2CAONGBPHL8T7 | B0DCJYFGQ4 |
| | | | B0DCK1HNKS |
| 4 | SUNLIN-DIRECT | A300ZOY9DBZY34 | B0DBPW5ZQS |
| | | | B0D41TGPCS |
| 5 | XIAOMA ONLINE US | AHNKY8H26VW39 | B0CW3FH1W2 |
| | | | B0D6Z3N2RD |
| 6 | ezfun USA | A3I6G354C4QJF6 | B0D8TB87Y3 |
| 7 | OMOZOMBB | A3S0H2MNJ58FEZ | B0DH2G71DW |
| 9 | 宏太运动健身旗舰店 | A3EBJV2KXKTL5Z | B0DTK6PMG8 |

| 10 | KIZJORYA Direct | AVALX8E58HMZS | B0F4CKSK6L |
|---|---|---|---|
| 11 | haiyangqing | A18356X2D0OHVN | B0DSFTRBMJ |
| 12 | Qiaojinling | A2PCMR2TIMKO6Z | B0CXJ5T1Q3 |
| 13 | Honchi-nice | A1H1ZLDPNQ8ZRQ | B0BJDT4JWZ |
| 14 | XMD Online Store | A1YMU3E8MDNSHY | B0CZBDKVZT |
|  |  |  | B0D8P5HLD2 |
| 15 | Zefinot | A2EW8A4D54NC00 | B0D5B277PV |
| 16 | Shiguang Direct | A2GZ1X6F259SE | B0DC6C72W4 |
| 17 | Lucky Wings | A21PV7T0Q55IE3 | B0CHYQRWP6 |
| 18 | Happibuy | A2PUPCXWYUD751 | B0DRTZ7TSN |
| 20 | M + L | AWZI6BA70DZZD | B0CJ2HR63H |

DATED this 1st day of April, 2026.



PHILIP J. DEVLIN,
CLERK OF THE U.S. DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS

BY: CHRISTIAN RODRIGUEZ
DEPUTY CLERK

2